**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JAMES LEON OWEN, JR.**                                                                 **PLAINTIFF**
**REG. #11262-042**

**V.**               **CASE NO: 2:12CV00220 BSM**

**USA et al.**                                                                                             **DEFENDANTS**

## **ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss [Doc. No. 29] is DENIED.

2. Plaintiffs' motion to amend [Doc. No. 36] is DENIED.

3. Plaintiff's claims against all defendants other than defendant USA are DISMISSED WITHOUT PREJUDICE, and the names of all defendants other than defendant USA are removed as party defendants.

4. Plaintiff is allowed to pursue an FTCA claim against defendant USA only.

DATED this <u>18th</u> day of June 2013.

                                                                                                                */s/ Brian S. Miller*
                                                                      UNITED STATES DISTRICT JUDGE