# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JAMES LEON OWEN, JR.**                                                                     **PLAINTIFF**

v.                                    **CASE NO: 2:12CV00220 BSM**

**USA et al.**                                                                                       **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant's motion for summary judgment [Doc. No. 55] is granted and plaintiff's complaint is dismissed with prejudice.

2. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE